HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL SHELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00080-SAB |
| Plaintiff, | |
| vs. | SCHEDULING ORDER |
| MICHAEL SHELTON, | Judge: Hon. Stanley A. Boone |
| | Date: July 18, 2019 |
| Defendant. | Time: 9:00 a.m. |

On June 25, 2019, Defendant Michael Shelton contacted the Federal Defender's Office seeking assistance with obtaining a continuance of his initial appearance in the above-captioned matter. Mr. Shelton resides in Sequoia National Park and therefore will require a full day of leave in order to attend court in the Eastern District of California, Fresno District Courthouse. Mr. Shelton requested time off from his employer to attend his initial appearance, however, he did not receive approval for leave on his currently scheduled initial appearance date of June 27, 2019. If the Court is willing to continue his appearance as requested, Mr. Shelton believes he will be able to arrange for the necessary leave and make the appearance as required.

A review of the Court's existing calendar shows availability on July 18, 2019 at 9:00 a.m. Mr. Shelton therefore requests that this matter be continued for an initial appearance on that date and time.

## ORDER

The request is DENIED. This case is a serious offense which occurred in April 2019 and good cause has not been established to continue the initial appearance and arraignment on the charges. Defendant Michael Shelton is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated: __June 26, 2019__

_____
UNITED STATES MAGISTRATE JUDGE